UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AARON MUSARRA DAVIS,

                    Plaintiff,

    v.                                    Case No. 18-cv-940-pp

CORRECT CARE SOLUTIONS,

                    Defendant.

---

**ORDER DISMISSING CASE FOR LACK OF DILIGENCE**

---

On August 8, 2019, the court ordered the plaintiff to file a response to the defendant's motion for summary judgment in time for the court to receive it by the end of the day on September 20, 2019. Dkt. No. 45 at 3-4. The court warned the plaintiff that if it did not receive a response from the plaintiff by the deadline, it might rule on the defendant's motion without the plaintiff's input or dismiss his case for his failure to diligently pursue it. Id. The September 20, 2019 deadline has passed, and the plaintiff has not filed a response to the defendant's summary judgment motion or to the court's August 8, 2019 order. The court will dismiss the case with prejudice for lack of diligence under Civil Local Rule 41(c) (E.D. Wis.).

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE** for the plaintiff's lack of diligence in pursing it.

Dated in Milwaukee, Wisconsin this 8th day of October, 2019.

                    **BY THE COURT:**

                    _____

                    **HON. PAMELA PEPPER**
                    **United States District Judge**